

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Estate of Lowell Emery Vereen, Deceased

No. 06-12-00121-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 40,808-CCL).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted.  Therefore, we dismiss the appeal.

      We further order that each party shall bear its own costs of appeal.

RENDERED MARCH 6, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk